DOMINICK LORDI v. BOARD OF TRUSTEES OF THE PUBLIC
EMPLOYEES' RETIREMENT SYSTEM.

June 17, 1980.

Petition for certification denied.

JOSEPH CORBO v. WILLIAM P. CRUTCHLOW.

June 24, 1980.

Leave to appeal granted.   (See 173 *N.J.Super.* 302)

STATE OF NEW JERSEY v. GEORGE HILD.

June 24, 1980.

Leave to appeal is granted and the matter is summarily
remanded to the Superior Court, Law Division, for reconsidera-
tion of the application for pretrial intervention.   Jurisdiction is
retained.